```
 1  LAW OFFICE OF
    GARO B. GHAZARIAN
 2  State Bar No. 152790
    15915 Ventura Blvd., Suite 203
 3  Encino, California 91436
    Tel: (818)905-6484
 4  Fax: (818)905-6481

 5

 6  Attorney for Defendant
    KHACHIK GEZVKARAYAN
 7

 8
                    UNITED STATES DISTRICT COURT
 9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,   )   No. 2:00-CR-0439
                 Plaintiff,     )   No. 2:00-CR-0011
12                              )   STIPULATION TO CONTINUE
         v.                     )   SENTENCING DATE; ORDER
13                              )
                                )
14  KHACHIK GEZVKARAYAN,        )
                 Defendant.     )   CURRENT DATE:
15  _____  )   July 17, 2006 at 9:30 am
                                    PROPOSED DATE:
16                                  September 5, 2006 at 9:30

17
```

18      Defendant KHACHIK GEZVKARAYAN by and through his attorney
19  of record, Garo B. Ghazarian, and plaintiff, UNITED STATES OF
20  AMERICA, by and through Assistant United States Attorney
21  Samantha Spangler, hereby stipulate as follows:
22      The sentencing for defendant KHACHIK GEZVKARAYAN in this
23  matter is currently scheduled for July 17, 2006, at 9:30 a.m.
24      By this stipulation, the parties stipulate to continue
25  the sentencing date from July 17, 2006 at 9:30 a.m. to
26  September 5, 2006 at 9:30 a.m.
27
28

                              -1-

Counsel has discussed this continuance with his client, defendant KHACHIK GEZVKARAYAN, and the defendant concurs with the requested continuance.

The Government does not object to the continuance.

IT IS SO STIPULATED.

                                  Respectfully submitted,

Date: June 30, 2006          /S/Garo Ghazarian
                                  GARO B. GHAZARIAN
                                  Attorney for Defendant
                                  KHACHIK GEZVKARAYAN


                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/Garo Ghazarian for
Date: July 5, 2006           Samantha Spangler
                                  Samantha Spangler
                                  Assistant United States Attorney
                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

## **O R D E R**

IT IS SO FOUND AND ORDERED this ____ day of July 2006 that the sentencing in the matter of United states v. KHACHIK GEZVKARAYAN currently scheduled for July 17, 2006 at 9:30 A.M. shall be continued to September 5, 2006 at 9:30 A.M.

DATED: July 5, 2006

                                  /s/ Frank C. Damrell Jr.
                                  HONORABLE FRANK C. DAMRELL JR.
                                  UNITED STATES DISTRICT COURT JUDGE