```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE Nos. 00-CR-0011 FCD |
| --- | --- | --- |
| | ) | 00-CR-0439 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | DISPOSITION HEARING ON SUPERVISED |
| | ) | RELEASE VIOLATION |
| KHACKIK GEZVKARAYAN, | ) | |
| | ) | DATE: November 13, 2006 |
| Defendant. | ) | TIME: 9:30 a.m. |
| _____ | ) | COURT: Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the disposition hearing, presently scheduled for September 5, 2006, may be continued to November 13, 2006, at 9:30 a.m. The parties are engaged in negotiations regarding the disposition and require additional time to complete those negotiations.

DATED: August 31, 2006                    McGREGOR W. SCOTT
                                          United States Attorney


                                      by  /s/ Samantha S. Spangler
                                          Samantha S. Spangler
                                          Assistant U.S. Attorney


DATED: August 31, 2006                    /s/Samantha S. Spangler for
                                          Garo Ghazarian
                                          Attorney for defendant
                                          Khachik Gezvkarayan

1

1 <div style="text-align:center"><u>Order</u></div>

2  Good cause appearing, the disposition hearing, presently
3 scheduled for September 5, 2006, is continued to November 13, 2006,
4 at 9:30 a.m.
5  IT IS SO ORDERED.
6 DATED: September 1, 2005.

<div style="margin-left:40%"><u>/s Frank C. Damrell Jr.</u><br>
Frank C. Damrell, Judge<br>
United States District Court</div>