| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NOS. 2:00-CR-439 FCD & |
| v. | ) | 2:00-CR-011 FCD |
| | ) | |
| KHACHIK GEZVKARAYAN, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee: KHACHIK GEZVKARAYAN, Booking No. 9908843
Detained at (custodian): Los Angeles County Jail, Wayside North Facility, 450 Bauchet St., Los Angeles, CA, 90086

Detainee is:    a.)   (X) charged in this district by: Petition for Warrant for Offender Under Supervision charging detainee with: violation of his supervised release.
    or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   () return to the custody of detaining facility upon termination of proceedings
    or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on February 4, 2008, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr., in the Eastern District of California.*

Signature: /s/ SAMANTHA S. SPANGLER
Printed Name & Phone No: SAMANTHA S. SPANGLER, 916-554-2792
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on February 4, 2008, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: January 15, 2008

_____
United States District Judge

Please provide the following, if known:

AKA(s) (if applicable): _____ Male
Booking or CDC #: 9908843 DOB: 1973
Facility Address: Los Angeles County Jail, Wayside North Facility Race:
450 Bauchet Street, Los Angelec, CA 90086 FBI #:
Facility Phone: (213) 473-6100
Currently Incarcerated For: Fraud

### RETURN OF SERVICE

Executed on _____ By: _____
                                                                     (Signature)