| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NOS. 2:00-CR-439 FCD & |
| v. | ) | 2:00-CR-011 FCD |
| | ) | |
| KHACHIK GEZVKARAYAN, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                () Ad Testificandum

Name of Detainee: KHACHIK GEZVKARAYAN, Booking No. 9908843
Detained at (custodian): N. Kern State Prison, 2737 West Cecil Ave., Delano, CA 93215

Detainee is:     a.)     (X) charged in this district by:    Petition for Warrant for Offender Under Supervision charging detainee with: violation of his supervised release.
          or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)     () return to the custody of detaining facility upon termination of proceedings
          or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 17, 2008, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr., in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ SAMANTHA S. SPANGLER |
| Printed Name & Phone No: | SAMANTHA S. SPANGLER, 916-554-2792 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                                () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 17, 2008, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 1, 2008.

_____
U.S. MAGISTRATE JUDGE

_____

Please provide the following, if known:
| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male | |
| Booking or CDC #: | 9908843 | DOB: | 1973 |
| Facility Address: | N. Kern State Prison | Race: | |
| | 2737 West Cecil Ave., Delano, CA 93215 | FBI #: | |
| Facility Phone: | (661) 721-2345 | | |
| Currently Incarcerated For: | Fraud | | |

_____

### RETURN OF SERVICE

Executed on    _____          By: _____
                                                                                    (Signature)